**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
Henderson Henry, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                        *Plaintiff,*

        - against –

Cunex, Inc., Cunex Fleet Service Center, Inc., Enrico Fucci, and Miguel Taveras,

                        *Defendants.*
---------------------------------------------------------------X

Case No.: 1:23-cv-03347

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

WHEREAS, on January 15, 2024, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Cunex, Inc., Cunex Fleet Service Center, Inc., Enrico Fucci, and Miguel Taveras (the "Defendants") having offered to allow Plaintiff Henderson Henry (the "Plaintiff"), to take a judgment against the Defendants in this action in the total sum of Five Thousand Dollars and Zero Cents ($5,000.00) (the "Judgment Amount").

WHEREAS, the total Judgment Amount is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as Exhibit "A";

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

                                                    LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: /s/ Jason Mizrahi
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Via ECF: All Counsel

Encl.