UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Henderson Henry, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

                            Plaintiff,                      JUDGMENT

    v.                                                23-cv-03347-PKC-CLP

Cunex, Inc., Cunex Fleet Service Center, Inc., Enrico Fucci, and Miguel Taveras,

                            Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 13, 2025; and Defendants, Cunex, Inc., Cunex Fleet Service Center, Inc., Enrico Fucci, and Miguel Taveras, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Henderson Henry in the total sum of Five Thousand Dollars and Zero Cents ($5,000.00); it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Henderson Henry and against Defendants, Cunex, Inc., Cunex Fleet Service Center, Inc., Enrico Fucci, and Miguel Taveras, in the total sum of Five Thousand Dollars and Zero Cents ($5,000.00).

Dated: Brooklyn, New York                                   Brenna B. Mahoney
         February 18, 2025                                       Clerk of Court

                                                           By:    */s/Jalitza Poveda*
                                                                      Deputy Clerk